**FILED**

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. **1 : 2 6 CR 0 0 2 5 0** |
| v. | ) | Title 18, United States Code, |
| | ) | Sections 922(a)(6), 924(a)(2) |
| NELSON GUERRERO-OLIVARES, | ) | |
| | ) | **JUDGE GAUGHAN** |
| Defendant. | ) | |

GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.    Defendant NELSON GUERRERO-OLIVARES was a native and citizen of Peru.

2.    Sherwin Shooting Sports, located at 33140 Vine Street, Eastlake, Ohio 44095, in the Northern District of Ohio, Eastern Division, possessed a valid Federal Firearms License ("FFL") and was authorized to deal in firearms under federal laws.

3.    FFL holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, of the United States Code govern the way FFL holders are permitted to sell firearms and ammunition.

4.    The rules and regulations governing FFL holders require that a person seeking to purchase a firearm complete a Firearm Transaction Record, which is otherwise known as an ATF Form 4473.

5. Section B of Form 4473 requires the prospective purchaser to answer a variety of questions about themselves. The prospective purchaser must then certify that his or her answers in Section B were "true, correct, and complete."

6. The Form 4473 also requires the prospective purchaser to certify that he or she understands "that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law and may also violate State and/or local law."

7. Question 19 in Section B of Form 4473 requires the prospective purchaser to certify truthfully his or her country of citizenship. The two options are either "United States of America (U.S.A.)" or "Other Country/Countries (Specify)."

8. Question 20 in Section B of Form 4473 requires the prospective purchaser to certify truthfully, subject to the penalties of perjury, his or her United States issued alien or admission number if he or she is an alien.

9. Question 21.l. on Form 4473 requires the prospective purchaser to certify truthfully if he or she is "an alien illegally or unlawfully in the United States."

10. Form 4473 contains the following warning: "I understand that a person who answers 'yes' to any of the questions 21.b. through 21.l. as well as 21.n. is prohibited from receiving, possessing, or purchasing a firearm."

11. FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address, nonimmigrant visa status, and date of birth, to ensure that the person was not prohibited from purchasing a firearm.

<u>COUNT 1</u>
(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

12.     The factual allegations of paragraphs 1 through 11 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

13.     On or about March 13, 2026, in the Northern District of Ohio, Eastern Division, Defendant NELSON GUERRERO-OLIVARES, in connection with the acquisition of a firearm, specifically a Glock, Model 43, 9mm pistol, bearing serial number AGZP728, from Sherwin Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sherwin Shooting Sports, which statement was intended and likely to deceive Sherwin Shooting Sports, as to facts material to the lawfulness of such sale of said firearm to NELSON GUERRERO-OLIVARES under Chapter 44 of Title 18, in that GUERRERO-OLIVARES certified on Form 4473 that GUERRERO-OLIVARES was a citizen of the United States, certified that he was not an alien illegally or unlawfully in the United States, and failed to certify his alien admission number, when in fact, he knew, that the statements made by GUERRERO-OLIVARES were false and fictitious because GUERRERO-OLIVARES was not a citizen of the United States, was an alien illegally or unlawfully in the United States, and was issued an alien admission number, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3